UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA ARRINGTON,

       Plaintiff,

v.                                                                    Case No. 12-10079
                                                                   Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered this date and the Court having entered an order dismissing the case;

Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Amanda Arrington.

                                                                       DAVID J. WEAVER
                                                                       CLERK OF COURT

Approved:                                               By: s/LaShawn R. Saulsberry
                                                                      Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: October 31, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

                                    S/LaShawn R. Saulsberry
                                    Case Manager